UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CARL ESPOSITO, individually and on behalf of
all others similarly situated,

       Plaintiff,         07 CIVIL 10687 (   )

  -against-

MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL,
CAROL T. CHRIST, et.al.,
       Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:   LYNDA J. GRANT

☒   *Attorney*

  ☒   I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
      LG-4784

  ☐   I am a Pro Hac Vice attorney

  ☐   I am a Government Agency attorney

☒   *Law Firm/Government Agency Association*

  From:   Labaton Sucharow

  To:   Cohen, Milstein, Hausfeld + Toll, P.L.L.C.

  ☒   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

  ☐   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☒   *Address:*   COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C., 150 East 52nd St., 30th Fl., NY, NY 10022

☒   *Telephone Number:*   212-838-7797

☒   *Fax Number:*   212-838-7745

☒   *E-Mail Address:*   lgrant@cmht.com

Dated:   December 7, 2007        *[signature: Lynda J. Grant]*