UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-23-08
```

ELIZABETH ESTEY, individually and on
behalf of all others similarly situated,          )
                                                  )
                                                  )
                          Plaintiffs,             )
                                                  )
            v.                                    )
                                                  )
MERRILL LYNCH & CO., INC., E.                     )
STANLEY O'NEAL, CAROL T. CHRIST,                  )
ARMANDO M. CODINA, VIRGIS W.                      )
COLBERT, JILL K. CONWAY, ALBERTO                  )
CRIBIORE, JOHN D. FINNEGAN, JUDITH                )
MAYHEW JONAS, DAVID K.                            )
NEWBIGGING, AULANA L. PETERS,                     )
JOSEPH W. PRUEHER, ANN N. REESE,                  )
CHARLES O. ROSSOTTI, LOUIS DIMARIA,               )
PETER STINGI and JOHN AND JANE DOES               )
1-20,                                             )
                                                  )
                          Defendants.             )
                                                  )

Case No.  07-CV-10268 (LBS)

**[PROPOSED] ORDER FOR
ADMISSION *PRO HAC VICE* ON
WRITTEN MOTION**

MARY GIDARO, individually and on behalf of )
all others similarly situated,                    )
                                                  )
                  Plaintiffs,                     )
                                                  )
          v.                                      )
                                                  )
MERRILL LYNCH & CO., INC., E.                     )          **Case No. 07-CV-10273 (LBS)**
STANLEY O'NEAL, CAROL T. CHRIST,                  )
ARMANDO M. CODINA, VIRGIS W.                      )
COLBERT, JILL K. CONWAY, ALBERTO                  )
CRIBIORE, JOHN D. FINNEGAN, JUDITH                )
MAYHEW JONAS, DAVID K.                            )
NEWBIGGING, AULANA L. PETERS,                     )
JOSEPH W. PRUEHER, ANN N. REESE,                  )
CHARLES O. ROSSOTTI, LOUIS DIMARIA, )
PETER STINGI and JOHN AND JANE DOES )
1-20,                                             )
                  Defendants.                     )
                                                  )

TARA MOORE, individually and on behalf of )
all others similarly situated,                    )
                                                  )
                  Plaintiffs,                     )
                                                  )
          v.                                      )
                                                  )
MERRILL LYNCH & CO., INC., E.                     )          **Case No. 07-CV-10398 (DC)**
STANLEY O'NEAL, CAROL T. CHRIST,                  )
ARMANDO M. CODINA, VIRGIS W.                      )
COLBERT, JILL K. CONWAY, ALBERTO                  )
CRIBIORE, JOHN D. FINNEGAN, JUDITH                )
MAYHEW JONAS, DAVID K.                            )
NEWBIGGING, AULANA L. PETERS,                     )
JOSEPH W. PRUEHER, ANN N. REESE,                  )
CHARLES O. ROSSOTTI, LOUIS DIMARIA, )
PETER STINGI and JOHN AND JANE DOES )
1-20,                                             )
                  Defendants.                     )
                                                  )

GREGORY YASHGUR, individually and on )
behalf of all others similarly situated, )
)
                    Plaintiffs, )
)
                v. )
)
MERRILL LYNCH & CO., INC., E. )          **Case No. 07-CV-10569 (JSR)**
STANLEY O'NEAL, CAROL T. CHRIST, )
ARMANDO M. CODINA, VIRGIS W. )
COLBERT, JILL K. CONWAY, ALBERTO )
CRIBIORE, JOHN D. FINNEGAN, JUDITH )
MAYHEW JONAS, DAVID K. )
NEWBIGGING, AULANA L. PETERS, )
JOSEPH W. PRUEHER, ANN N. REESE, )
CHARLES O. ROSSOTTI, LOUIS DIMARIA, )
PETER STINGI and JOHN AND JANE DOES )
1-20, )
                Defendants. )
)

CHRISTINE DONLON, individually and on )
behalf of all others similarly situated, )
)
                    Plaintiffs, )
)
                v. )
)
MERRILL LYNCH & CO., INC., E. )          **Case No. 07-CV-10661 (CM)**
STANLEY O'NEAL, CAROL T. CHRIST, )
ARMANDO M. CODINA, VIRGIS W. )
COLBERT, JILL K. CONWAY, ALBERTO )
CRIBIORE, JOHN D. FINNEGAN, JUDITH )
MAYHEW JONAS, DAVID K. )
NEWBIGGING, AULANA L. PETERS, )
JOSEPH W. PRUEHER, ANN N. REESE, )
CHARLES O. ROSSOTTI, LOUIS DIMARIA, )
PETER STINGI and JOHN AND JANE DOES )
1-20, )
                Defendants. )
)

CARL ESPOSITO, individually and on behalf )
of all others similarly situated,                       )
                                                                        )
                              Plaintiffs,                      )
                                                                        )
              v.                                                     )
                                                                        )
MERRILL LYNCH & CO., INC., E.                    )          **Case No. 07-CV-10687 (JGK)**
STANLEY O'NEAL, CAROL T. CHRIST,          )
ARMANDO M. CODINA, VIRGIS W.               )
COLBERT, JILL K. CONWAY, ALBERTO         )
CRIBIORE, JOHN D. FINNEGAN, JUDITH       )
MAYHEW JONAS, DAVID K.                            )
NEWBIGGING, AULANA L. PETERS,             )
JOSEPH W. PRUEHER, ANN N. REESE,         )
CHARLES O. ROSSOTTI, LOUIS DIMARIA, )
PETER STINGI and JOHN AND JANE DOES )
1-20,                                                                    )
                              Defendants.                     )
                                                                        )

SEAN SHAUGHNESSEY, individually and on )
behalf of all others similarly situated,            )
                                                                        )
                              Plaintiffs,                      )
                                                                        )
              v.                                                     )
                                                                        )
MERRILL LYNCH & CO., INC., E.                    )          **Case No. 07-CV-10710 (GEL)**
STANLEY O'NEAL, CAROL T. CHRIST,          )
ARMANDO M. CODINA, VIRGIS W.               )
COLBERT, JILL K. CONWAY, ALBERTO         )
CRIBIORE, JOHN D. FINNEGAN, JUDITH       )
MAYHEW JONAS, DAVID K.                            )
NEWBIGGING, AULANA L. PETERS,             )
JOSEPH W. PRUEHER, ANN N. REESE,         )
CHARLES O. ROSSOTTI, LOUIS DIMARIA, )
PETER STINGI and JOHN AND JANE DOES )
1-20,                                                                    )
                              Defendants.                     )
                                                                        )

BARBARA BOLAND and ANNA MOLIN, )
individually and on behalf of all others )
similarly situated, )
              Plaintiffs, )
 )
          v. )
 )
MERRILL LYNCH & CO., INC., E. )
STANLEY O'NEAL, CAROL T. CHRIST, )
ARMANDO M. CODINA, VIRGIS W. )
COLBERT, JILL K. CONWAY, ALBERTO )
CRIBIORE, JOHN D. FINNEGAN, JUDITH )
MAYHEW JONAS, DAVID K. )
NEWBIGGING, AULANA L. PETERS, )
JOSEPH W. PRUEHER, ANN N. REESE, )
CHARLES O. ROSSOTTI, LOUIS DIMARIA, )
PETER STINGI and JOHN AND JANE DOES )
1-20, )
              Defendants. )
 )

**Case No.  07-CV-11054 (MGC)**

Upon the motion of Lynda J. Grant, Cohen, Milstein, Hausfeld & Toll, P.L.L.C., attorney

for Carl Esposito, Barbara Boland and Anna Molin, and the Declaration of Lynda J. Grant, and

accompanying exhibits;

    IT IS HEREBY ORDERED that

BRUCE F. RINALDI
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Ave., NW, Suite 500 West
Washington, DC  20005
Phone: (202) 408-4600
Fax:    (202) 408-4699

is admitted to practice *pro hac vice* as counsel for Carl Esposito, Barbara Boland and Anna

Molin in the above captioned case in the United States District Court for the Southern District of

New York.  All attorneys appearing before this Court are subject to the Local Rules of this

Court, including the Rules governing discipline of attorneys.  If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: January _____, 2008
      New York, New York  10022

_____
United States District ~~Magistrate~~ Judge

1