UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARL ESPOSITO, Individually and On Behalf of All Others Similarly Situated,<br><br>                        Plaintiff,<br>vs.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20.<br>                        Defendants. | Case No. 07 CV 10687<br><br>**CLASS ACTION** |

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury under the laws of the State of Washington that I mailed via overnight delivery on this date copies of the following documents properly addressed and postage prepaid, to the party listed on the attached service list:

1. Complaint For Violations Of The Employee Retirement Income Security Act

2. Summons

DATED this 31st day of January, 2008.

_____
Florine Fujita

1

## SERVICE LIST

Beverly A. Farrell, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036